1008

No. 81–2003. LABASH ET AL. *v.* UNITED STATES DEPARTMENT OF THE ARMY ET AL. C. A. 10th Cir. Certiorari denied. 

No. 81–2017. DEAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 81–2023. LILES ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 
██

No. 81–2025. EVANS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 81–2035. MERLING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 81–2052. PATTERSON *v.* CARR, JUDGE, UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 81–6170. SLATIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 81–6272. COBLE *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. 
██

No. 81–6333. COLLINS, ADMINISTRATOR *v.* DIFFER ET AL. C. A. 3d Cir. Certiorari denied. 

No. 81–6363. MARTINEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 81–6381. MCNARY *v.* SOWDERS, SUPERINTENDENT, KENTUCKY STATE PENTITENTIARY. C. A. 6th Cir. Certiorari denied. 

No. 81–6425. NELSON *v.* SCULLY, WARDEN. C. A. 2d Cir. Certiorari denied.